MAX R. ENGEL, Respondent, *v.* GUARANTY TRUST COMPANY OF NEW YORK, as Trustee, Appellant.

Submitted April 3, 1939; decided April 11, 1939.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 43.)

INTERBOROUGH RAPID TRANSIT COMPANY, Appellant, *v.* NEW YORK RAPID TRANSIT CORPORATION, Respondent.

Submitted April 3, 1939; decided April 11, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 504.)

M. O'NEIL SUPPLY COMPANY, INC., Appellant, *v.* PETROLEUM HEAT & POWER COMPANY, INC., Respondent.

Submitted April 3, 1939; decided April 11, 1939.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 280 N. Y. 50.)

SCHAFRAN & FINKEL, INC., Appellant, *v.* M. LOWENSTEIN & SONS, INC., Respondent.

Submitted April 3, 1939; decided April 11, 1939.

Motion for reargument denied with ten dollars costs and necessary printing disbursements. There is no stay preventing defendant from proceeding according to the provisions of the Arbitration Law. Neither is there any intimation in the opinion that there was, or was not, a contract. We were dealing simply with the pleadings as they were. (See 280 N. Y. 164.)